In the Matter of 524 BROADWAY CORP., Appellant, v. JAMES A. LUNDY et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— HERLIHY, J. In this article 78 proceeding the appeal concerns the dismissal of the petition and a judgment and order of Special

Term confirming the determination of the Public Service Commission which permitted Consolidated Edison to discontinue conjunctional billing to the petitioner. · The owner of the property, in order to refinance a mortgage on the building, conveyed to a nominee for the purpose of signing a bond and mortgage and on the same day she reconveyed the property to the petitioner-owner. The element of time or the intent of the property owner is not determinative of the right to abolish conjunctional billing but concerns only the issue of identity of the customer of the utility company. (See *Matter of First Sterling Corp.* v. *Lundy*, 14 A D 2d 193, affd. 11 N Y 2d 836; *Matter of Falk* v. *Lundy*, 22 A D 2d 726.) Judgment affirmed, with costs. Gibson, P. J., Reynolds, Taylor and Aulisi, JJ., concur.